IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
06 OCT 26 PM 4:08
THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| v. | ) | Case No. 06 CR 200 C |
| | ) | 18 U.S.C. § 1341 |
| PETER C. CARD JR. and<br>SCOTT ERIC ROSENSTIEL,<br>a/k/a SCOTT STEELE,<br>a/k/a ERIC STEELE | ) | unsealed 11/13/06<br>~~SEALED~~<br>per AUSA Johnson |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

COUNT 1

1. At all times material to this indictment:

A. The Wisconsin Department of Transportation (WDOT), Division of Motor Vehicles (DMV), was an agency of the State of Wisconsin and was responsible for, among other things, the registration and licensing of vehicles in the State of Wisconsin.

B. DMV Form MV5 entitled "Wisconsin Passenger Vehicle and Light Truck Title and License Plate Application" is the DMV form which is required to be completed and signed by the applicant for all vehicle title registrations and license plate applications.

C. DMV Form MV5 requires the applicant to provide the owner's name, complete address, date vehicle first driven in Wisconsin, and the Wisconsin

A TRUE COPY
JUL 27 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By ____ Deputy Clerk

CC: DEFT., USA, USM, PROBA., FGS
Date 10-26-06

county in which the vehicle is kept. The applicant for the registration is required to sign DMV Form MV5 certifying that all of the information and statements on the application are true and correct.

D. Wisconsin Statute Section 342.05(5) states, in part, that a non-resident owner of a vehicle who is not subject to registration in this state may not apply for certificate of title under this chapter unless the vehicle is subject to a security interest or acceptance is provided in other sections of the Wisconsin Statutes.

E. Wisconsin Statute Section 342.11 provides, in part, that the WDOT is required to refuse issuance of a certificate of title for a number of reasons, which include an application for certificate of title and registration for a vehicle owned by a non-resident, when the issuance of a certificate of title has not been otherwise authorized by the WDOT.

F. All DMV MV5 forms are delivered to DMV in Madison, Wisconsin, on business days either by the United States Postal Service (USPS) or by various expedited mail services. The applications are then processed by DMV and the title, certificate of registration, license plates, and a registration sticker are thereafter mailed to the newly registered owner utilizing the USPS.

G. Individuals sending applications for title and registration to DMV may request a fast processing service which includes a $4.00 expedited processing fee. Processing and mailing of the registration and license plates are handled within two business days when the fast service processing has been requested.

2. During the period beginning on or about August 23, 2002 and continuing to on or about December 19, 2003, in the Western District of Wisconsin, and elsewhere, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

knowingly devised a scheme to defraud and, for the purpose of executing the scheme to defraud, caused mail matter to be sent and delivered by the United States Postal Service (USPS).

3. In furtherance of the scheme to defraud, defendant ROSENSTEIL solicited an individual to establish a Commercial Mail Receiving Agency (CMRA) in Marshfield, Wisconsin, for the purpose of providing a Wisconsin address for the fraudulent registration and licensing of vehicles owned by non-residents. The CMRA was operating as "Mail Boxes and Parcel Depot" with an address of 206 E. Upham Street, Marshfield, Wisconsin, 54449. The mail box rented at the direction of defendant ROSENSTIEL was assigned #148 by the CMRA with the complete address being 206 E. Upham Street, #148, Marshfield, Wisconsin.

4. In furtherance of the scheme to defraud, the defendants mailed and caused to be mailed motor vehicle title applications (DMV MV Form 5) from non-resident applicants to WDOT DMV requesting the registration and licensing of a particular described vehicle in the State of Wisconsin. The title application showed the previous owner donating the vehicle to a charitable organization with a mailing address

of 206 E. Upham Street, #148, Marshfield, Wisconsin.

5. In furtherance of the scheme to defraud, the defendants fraudulently stated and caused to be stated on the applications for Wisconsin vehicle registration and license DMV Form MV5 that the owner was a charitable organization, that the owner resided at a particular address in the State of Wisconsin, and that the vehicle was being kept in a particular county in the State of Wisconsin. The applicant also falsely certified that all of the statements and information contained in the application were true and correct.

6. In furtherance of the scheme to defraud, the title applications submitted by the defendants provided the CMRA address of 206 E. Upham, #148, Marshfield, Wisconsin, as the residence of the owners of the vehicles. The DMV then processed the application transferring ownership of the vehicle into the name of the charitable organization.

7. In furtherance of the scheme to defraud, DMV then mailed via USPS the vehicle's new title, license plates, and a registration sticker to the Wisconsin address, 206 E. Upham Street, #148, Marshfield, Wisconsin.

8. In furtherance of the scheme to defraud, the individual assisting the defendants obtained the mail from box #148 at the CMRA in Marshfield, Wisconsin, and either forwarded it to one of the two defendants or forwarded it directly to the individual requesting the new title.

9. On or about September 12, 2002, in the Western District of Wisconsin, the

defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to the Wisconsin Department of Transportation, PO Box 7306, Madison, WI 53707-7306, containing a DMV Form MV5 requesting registration of a 1990 Lincoln bearing VIN# 1LNCM82F8LY819969.

(In violation of Title 18, United States Code, Section 1341).

COUNT 2

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about September 13, 2002, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to Sacred Heart Foundation, 206 E. Upham, Marshfield, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 279ELZ, and a registration sticker for a 1990

Lincoln, VIN# 1LNCM82F8LY819969.

(In violation of Title 18, United States Code, Section 1341).

COUNT 3

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about December 19, 2002, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to the Wisconsin Department of Transportation, PO Box 7306, Madison, WI 53707-7306, containing a DMV Form MV5 requesting registration of a 1993 Buick bearing VIN# 1G4BN5378PR427153.

(In violation of Title 18, United States Code, Section 1341).

COUNT 4

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about December 19, 2002, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and

SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to Hope Inspirations Foundation, 206 E. Upham Street, Marshfield, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 938FBG, and a registration sticker for a 1993 Buick, VIN# 1G4BN5378PR427153.

(In violation of Title 18, United States Code, Section 1341).

COUNT 5

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about March 31, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to the Wisconsin Department of Transportation, PO Box 7306, Madison, WI 53707-7306, containing a DMV Form MV5 requesting registration of a 1993 Mercury bearing VIN# 1MELM5047PA654496.

(In violation of Title 18, United States Code, Section 1341).

COUNT 6

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about April 1, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to Hope Inspirations Foundation, 206 E. Upham, Marshfield Street, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 171FMD and a registration sticker for a 1993 Mercury, VIN# 1MELM5047PA654496.

(In violation of Title 18, United States Code, Section 1341).

COUNT 7

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about April 10, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to the Wisconsin Department of Transportation, PO Box 7306, Madison, WI 53707-7306, containing a DMV Form MV5 requesting registration of a 1990 Cadillac bearing VIN# 1G6CB533XL4340895.

(In violation of Title 18, United States Code, Section 1341).

COUNT 8

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about April 11, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to Patrick Henry Foundation, 206 E. Upham Street, #148 Marshfield, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 463FNF, and a registration sticker for a 1990 Cadillac, VIN# 1G6CB533XL4340895.

(In violation of Title 18, United States Code, Section 1341).

COUNT 9

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth

in this count.

2. On or about September 16, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to the Wisconsin Department of Transportation, PO Box 7306, Madison, WI 53707-7306, containing a DMV Form MV5 requesting registration of a 2001 Saturn bearing VIN# 1G8ZF5891Z242802.

(In violation of Title 18, United States Code, Section 1341).

COUNT 10

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about September 16, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the United States Postal Service according to the directions thereon to wit: mail

matter addressed to Rock Heights Foundation, 206 E. Upham Street, #148 Marshfield, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 503GGF, and a registration sticker for a 2001 Saturn, VIN# 1G8ZF5891Z242802.

(In violation of Title 18, United States Code, Section 1341).

COUNT 11

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about December 19, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to the Wisconsin Department of Transportation, PO Box 7306, Madison, WI 53707-7306, containing a DMV Form MV5 requesting registration of a 1991 Chevrolet bearing VIN# 1GCCS19Z5M2155586 and a 1992 Chevrolet bearing VIN# 1G1LV13T4NY150950.

COUNT 12

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about December 19, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to Hope Inspirators Foundation, 206 E. Upham Street, #148 Marshfield, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 935FBG, and a registration sticker for a 1991 Chevrolet, VIN# 1GCCS19Z5M2155586.

(In violation of Title 18, United States Code, Section 1341).

COUNT 13

1. The Grand Jury incorporates paragraphs 1-8 of Count 1 as if fully set forth in this count.

2. On or about December 19, 2003, in the Western District of Wisconsin, the defendants,

PETER C. CARD JR. and
SCOTT ERIC ROSENSTIEL,
a/k/a SCOTT STEELE,
a/k/a ERIC STEELE

for the purpose of executing this scheme, knowingly caused mail matter to be delivered by the USPS according to the directions thereon to wit: mail matter addressed to Hope Inspirators Foundation, 206 E. Upham Street, #148 Marshfield, WI 54449, containing a title, certificate of registration, Wisconsin license plate# 935FBG, and a registration sticker for a 1992 Chevrolet, VIN# 1G1LV13T4NY150950.

(In violation of Title 18, United States Code, Section 1341).

A TRUE BILL

PRESIDING JUROR

ERIK C. PETERSON
United States Attorney

Indictment returned: 10/25/2006