CARD, PETER C., JR.
P.O. BOX 41138
PROVIDENCE, RI 02940

Filed 11/13/2006
Mag. Case #
District 0758 3 Judge 5804
Writ? N Juvenile? N

*CHARGES:*

Offense Level: Felony

1 Original Charge
18:1341.F
FRAUDS AND SWINDLES
(Counts 1 - 13)
Convicted/final plea of guilty.

Counts: 13

*KEY DATES:*

| | | | |
|---|---|---|---|
| 1: | / / | Earliest of: | |
| 2: | 11/13/2006 | Applicable: | Indictment unsealed |
| 3a: | 01/19/2007 | Applicable: | 1st appears on pending charge/R40 |
| 3b: | / / | Applicable: | |
| 4: | 03/27/2007 | Applicable: | Pled Guilty after Not Guilty Plea |
| | 06/19/2007 | Terminated | |

*ATTORNEYS:*

**U.S. Attorney or Assistant**

GRANT JOHNSON
ASSISTANT U.S. ATTORNEY
P.O. BOX 1585
MADISON, WI 53701-1585
(608) 264-5159

**Defense:**

Pro Se or Waived
PETER C. CARD
P.O. BOX 41138
PROVIDENCE, RI 02940
(401) 435-5125

**Co-Defendants:**

02: ROSENSTIEL, SCOTT ERIC

A TRUE COPY, Certified
JUL 27 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin

By [signature]
Deputy Clerk

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/13/2006 | 001 | INDICTMENT UNSEALED |
| 11/13/2006 | 002 | JS-45 DEFT. CARD, JR. |
| 01/05/2007 | | ARRG. SET FOR 1/19/07 AT 11:00 AM. |
| 01/19/2007 | 009 | CTRM. MIN: ARRG.; I/A; DEFT. PROSE; N.G. PLEA ENTERED; DEFT. ADVISED OF RIGHTS & OF TRIAL CALENDAR. (SLC) 2.50" |
| 01/19/2007 | 010 | ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE RE: DEFT. CARD. (SLC) CC MLD. |
| 01/19/2007 | 011 | ORDER SCHEDULING. (SLC) |
| 01/23/2007 | 013 | TRANSCRIPT OF INITIAL APPEARANCE, HELD 1/19/07. |
| 02/12/2007 | 016 | MOTION BY DEFT. CARD FOR DISCOVERY W/MOTION TO DISMISS. |
| 02/21/2007 | 017 | PTC ORDER - BRIEFING SET. (SLC) |
| 02/28/2007 | 020 | BRIEF IN OPPOSITION BY GOVT. TO DEFT. CARD MOTION TO DISMISS. |
| 03/19/2007 | 021 | ORDER DENYING DEFT. CARD MOTION TO DISMISS THE INDICTMENT. |
| 03/20/2007 | 022 | TRANSCRIPT OF TELEPHONE CONFERENCE, HELD 2/21/07. |
| 03/23/2007 | 023 | CJA 20 APPOINTMENT (GOLDMAN) FOR WITNESS. |
| 03/27/2007 | 024 | CTRM. MIN: PLEA HRG.; GUILTY PLEA TO CT. 1 ENTERED; PSR DUE 5/14/07, OBJS. DUE 5/28/07, STCG. 6/19/07 AT 1:00 PM. 20" |
| 03/27/2007 | 025 | PLEA AGREEMENT |
| 04/10/2007 | 026 | TRANSCRIPT OF DEFT. CARD PLEA HEARING, HELD 3/27/07. |
| 04/30/2007 | 027 | CJA 20 CERTIFIED FOR PAYMENT. (GOLDMAN/$211.60) |
| 05/29/2007 | | RECD. DEFT. CARD OBJS. TO PSR; DELIVERED TO BBC. |
| 06/19/2007 | 028 | CTRM. MIN: STCG.; TO CT. 1; 3 YRS. PROBATION; $100 C.A.; $5,000 FINE; GOVT. MOTION TO DISMISS CTS. 2-13 GRANTED. 14" |
| 06/22/2007 | 029 | JUDGMENT AND COMMITMENT ENTERED. CC MLD. |
| 07/16/2007 | 030 | MOTION BY DEFT. CARD FOR EARLY TERMINATION OF PROBATION. |
| 07/18/2007 | 031 | ORDER DENYING DEFT. CARD MOTION FOR EARLY TERMINATION OF PROBATION FOR LACK OF JURISDICTION. |
| 07/27/2007 | 032 | ORDER TRANSFERRING JURISDICTION OF SUPERVISION TO DISTRICT OF RHODE ISLAND. CC MLD. |
| 07/27/2007 | | RECORD SENT TO DISTRICT OF RHODE ISLAND. |