# Account Summary for CARD, PETER

Cases:

06-CR-00200-C-01

| Statement of Account | | |
|---|---|---|
| **FINES** | | |
| 06/19/2007 Judgment | | 5000.00 |
| 06/19/2007 Receipt # 62588 | | -1000.00 |
| 07/23/2007 Receipt # 63081 | | -1000.00 |
| Amount Paid In | 2000.00 | |
| Balance due | | 3000.00 |
| **INTEREST ON FINE** | | |
| 06/19/2007 INTEREST ON FINE | | 0.00 |
| Amount Paid In | 0.00 | |
| Balance due | | 0.00 |
| **SPECIAL ASSESSMENT** | | |
| 06/19/2007 Receipt # 62588 | | -100.00 |
| 06/19/2007 Judgment | | 100.00 |
| Amount Paid In | 100.00 | |
| Balance due | | 0.00 |
| **Total Balance For CARD, PETER:** | | **3000.00** |

**No Victim Information**

## Funds Summary

**(Activity as of 07/27/2007)**

| Fund | Paid by Deft. | Paid to Victim | Adjustments | To Be Paid to Victim |
|---|---|---|---|---|

32

| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court) 06-CR-200-C-01 2007 JUL 27 AM 10:40 | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 1:07-CR-105 S | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Peter Card<br>135 George Street<br>Barrington, RI 02806 | DISTRICT<br><br>WESTERN DISTRICT OF WISCONSIN | DIVISION | |
| | NAME OF SENTENCING JUDGE<br><br>Barbara B. Crabb | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br><br>June 19, 2007 | TO:<br><br>June 18, 2010 |
| OFFENSE<br><br>Mail Fraud | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **WESTERN DISTRICT OF WISCONSIN**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

July 9, 2007 — *Date*

Barbara B. Crabb — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 24, 2007 — *Date*

Mary M. Lisi — *Chief United States District Judge*

3 CERT USP
1 FIN.
USA
FILE
BBC